UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARIM TAMBOUSIE KIDD, | ) | CASE NO. CV 11-1536-PSG (PJW) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MARSHALLS OF CALIFORNIA, LLC, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has not filed any written Objections to the Report.  The Court accepts the findings and recommendation of the Magistrate Judge.

DATED:    March 7, 2012                           .

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE