1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   KARIM TAMBOUSIE KIDD,          )  Case No.  CV-11-1536-PSG(PJW)
                                    )
11                  Plaintiff,      )
                                    )  J U D G M E N T
12           v.                     )
                                    )
13   MARSHALLS OF CALIFORNIA, LLC,  )
     et al.,                        )
14                                  )
                    Defendants.     )
15   _____)

16

17        Pursuant to the Order Accepting Report and Adopting Findings,

     Conclusions, and Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the action is dismissed with prejudice.

19

20

     DATED:      March 7, 2012  .
21

22

23

24        _____
          PHILIP S. GUTIERREZ
25        UNITED STATES DISTRICT JUDGE

26

27

28